# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                      **4:20-CR-00098-07-JM**

**ERIC GOLDEN THORN, SR.**

### ORDER

Defendant's Motion to Reduce Sentence and Appoint Counsel (Doc. No. 479) is DENIED.

Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

IT IS SO ORDERED this 21st day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 289.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).